**Jamara WASHINGTON,
Plaintiff–Appellant,**

v.

**David DANIELS, Defendant–Appellee,**

and

**Geoffrey G. Adair, Defendant.**

No. 14–7435.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 12, 2015.

Decided: Feb. 18, 2015.

Jamara Washington, Appellant Pro Se. Scott Christopher Hart, Sumrell, Sugg, Carmichael, Hicks & Hart, PA, New Bern, North Carolina, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamara Washington appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Washington v. Daniels*, No. 5:12–ct–03080–FL, 2014 WL 4701174 (E.D.N.C. Sept. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*